Bryan Kirsh, Esq. (SBN 318238)
BKirsh@Shegerianlaw.com
SHEGERIAN & ASSOCIATES, INC.
145 South Spring Street, Suite 400
Los Angeles, California 90012

Attorneys for Plaintiff
MONETTE ROCKYMORE

BARBARA I. ANTONUCCI (SBN 209039)
bantonucci@constangy.com
NATHAN K. NORIMOTO (SBN 334835)
norimoto@constangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE LLP**
601 Montgomery Street, Suite 350
San Francisco, CA  94111

THY B. BUI (SBN 256383)
tbui@constangy.com
AARON M. RUTSCHMAN (SBN 288273)
arutschman@constangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE LLP**
2029 Century Park East, Suite 1100
Los Angeles, CA  90067

Attorneys for Defendants
EUROFINS DONOR & PRODUCT TESTING, INC. (f/k/a EUROFINS VRL, INC.)[1] AND EUROFINS NSC US, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONETTE ROCKYMORE,<br><br>        Plaintiff,<br><br>   vs.<br><br>EUROFINS VRL, INC., VRL-EUROFINS DENVER CORPORATE, VRL-EUROFINS PRE-TRANSPLANT TESTING, EUROFINS, EUROFINS NSC US, EUROFINS DPT SAN RAMON, BRENDEN O'NEALE, SARA DIONNE, ROHINI RATNAM, AND DOES 1 TO 100,<br><br>        Defendants. | Case No. 3:22-CV-00176-WHO<br><br>**STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND THE HEARING ON DEFENDANT EUROFINS DONOR & PRODUCT TESTING, INC.'S MOTION FOR ATTORNEY'S FEES AND COSTS AND ORDER**<br><br>Removal Date: January 11, 2022<br>Complaint Filed: December 6, 2021<br>FAC Filed: May 10, 2022<br>Trial Date: None Set |

---

[1] Erroneously named as VRL-Eurofins Denver-Corporate, VRL-Eurofins Pre-Transplant Testing, Eurofins, and Eurofins DPT San Ramon.

1

STIPULATION AND [PROPOSED] ORDER    CASE NO. 3:22-CV-00176-WHO

**STIPULATION**

Plaintiff Monette Rockymore ("Plaintiff"), and Defendants Eurofins Donor & Product Testing, Inc. (erroneously named "Eurofins VRL, Inc.") and Eurofins NSC US, Inc. (collectively "Defendants"), by and through their respective counsel, hereby stipulate pursuant to Civil Local Rule 7-12, as follows:

1. On July 11, 2022, this Court scheduled a Case Management Conference ("CMC") for August 30, 2022 at 2:00 p.m. (ECF No. 38);

2. On July 25, 2022, Defendant Eurofins Donor & Product Testing, Inc. ("Eurofins DPT") filed its motion for attorney's fees and costs, which is presently scheduled for hearing on August 31, 2022 at 2:00 p.m. (ECF No. 40);

3. After these events were scheduled, conflicts have developed for lead counsel for Defendants, who are no longer available to appear on August 30, 2022 for the Case Management Conference or August 31, 2022 for the hearing on Eurofins DPT's motion for attorney's fees and costs;

4. Nothing in this Stipulation serves to alter or continue Eurofins DPT's August 15, 2022, deadline to file its reply brief in support of its motion for attorney's fees and costs, which shall remain the deadline;

5. There have been no prior time modifications with regard to these events; and

6. Continuing the CMC and the hearing on Eurofins DPT's motion for attorney's fees and costs would not significantly impact the schedule for this case in any way.

///
///
///
///
///
///
///

Based on the foregoing facts, Plaintiff and Defendants stipulate and agree as follows:

1. The Court continues the CMC to **September 6, 2022 at 2:00 p.m. (PT)**.

2. The Court continues the hearing on Eurofins DPT's motion for attorney's fees and costs to **September 7, 2022 at 2:00 p.m. (PT)**.

SHEGERIAN & ASSOCIATES

Dated: August 16, 2022         /s Bryan Kirsh
                               Bryan Kirsh
                               Attorneys for Plaintiff
                               MONETTE ROCKYMORE

CONSTANGY, BROOKS, SMITH & PROPHETE, LLP

Dated: August 16, 2022          /s Aaron M. Rutschman[2]
                                Aaron M. Rutschman
                                Attorneys for Defendants
                                EUROFINS DONOR & PRODUCT TESTING,
                                INC. AND EUROFINS NSC US, INC.

---

[2] Pursuant to Local Rule 5-1(h)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's contents and have authorized this filing.

**ORDER**

IT IS HEREBY ORDERED that:

1. The Case Management Conference is continued to September 7, 2022 at 2:00 p.m. (PT).

2. The hearing on Defendant Eurofins Donor & Product Testing, Inc.'s Motion for Attorney's Fees and Costs is continued to September 7, 2022 at 2:00 p.m. (PT).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: __August 17, 2022_____      _____
                                    DISTRICT JUDGE WILLIAM H. ORRICK