```
Carney R. Shegerian, Esq., State Bar No. 150461
CShegerian@Shegerianlaw.com
Mahru Madjidi, Esq., State Bar No. 297906
MMadjidi@Shegerianlaw.com
Bryan Kirsh, Esq., State Bar No. 318238
BKirsh@Shegerianlaw.com
SHEGERIAN & ASSOCIATES, INC.
11520 San Vicente Boulevard
Los Angeles, California 90049

Attorneys for Plaintiff
MONETTE ROCKYMORE

BARBARA I. ANTONUCCI (SBN 209039)
bantonucci@constangy.com
NATHAN K. NORIMOTO (SBN 334835)
norimoto@constangy.com
```
**CONSTANGY, BROOKS, SMITH & PROPHETE LLP**
601 Montgomery Street, Suite 350
San Francisco, CA 94111

THY B. BUI (SBN 256383)
tbui@constangy.com
AARON M. RUTSCHMAN (SBN 288273)
arutschman@constangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE LLP**
2029 Century Park East, Suite 1100
Los Angeles, CA 90067

Attorneys for Defendants
EUROFINS DONOR & PRODUCT TESTING, INC.
(f/k/a EUROFINS VRL, INC.) [1]; and EUROFINS NSC US, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONETTE ROCKYMORE,<br><br>  Plaintiff,<br><br>  vs.<br><br>EUROFINS VRL, INC., VRL-EUROFINS DENVER CORPORATE, VRL-EUROFINS PRE-TRANSPLANT TESTING, EUROFINS, EUROFINS NSC US, EUROFINS DPT SAN RAMON, BRENDEN O'NEALE, SARA DIONNE, ROHINI RATNAM, AND DOES 1 TO 100,<br><br>  Defendants. | Case No. 3:22-cv-00176-TLT<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Removal Date: January 11, 2022<br>Complaint Filed: December 6, 2021<br>FAC Filed: May 10, 2022<br>Trial Date: December 4, 2023 |

---

[1] Erroneously named as VRL-Eurofins Denver-Corporate, VRL-Eurofins Pre-Transplant Testing, Eurofins, and Eurofins DPT San Ramon.

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** following a virtual mediation with David Phillips, Esq. on February 24, 2023, the parties have reached an agreement to settle entirety of the above-captioned matter. The parties have executed a long form settlement agreement and anticipate being able to file a Stipulation to Dismiss and [Proposed] Order within the next forty-five (45) days.

In the meantime, the parties respectfully request that the Court vacate all deadlines.

SHEGERIAN & ASSOCIATES, INC.

Dated: February 28, 2023    /s/ Bryan Kirsh
Bryan Kirsh
Attorneys for Plaintiff
MONETTE ROCKYMORE

CONSTANGY, BROOKS, SMITH & PROPHETE, LLP

Dated: February 28, 2023    /s/ Nathan K. Norimoto[2]
Nathan K. Norimoto
Attorneys for Defendants
EUROFINS DONOR & PRODUCT TESTING, INC. AND EUROFINS NSC US, INC.

---

[2] Pursuant to Local Rule 5-1(h)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's contents and have authorized this filing.