```
Carney R. Shegerian, Esq. (SBN 150461)
CShegerian@Shegerianlaw.com
Bryan Kirsh, Esq., (SBN 318238)
BKirsh@Shegerianlaw.com
Mahru Madjidi, Esq. (SBN 318238)
MMadjidi@Shegerianlaw.com
SHEGERIAN & ASSOCIATES, INC.
145 South Spring Street, Suite 400
Los Angeles, California 90012
Telephone Number:   (310) 860-0770

Attorneys for Plaintiff
MONETTE ROCKYMORE
```

[*Caption continued on next page*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONETTE ROCKYMORE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EUROFINS VRL, INC., VRL-EUROFINS DENVER CORPORATE, VRL-EUROFINS PRE-TRANSPLANT TESTING, EUROFINS, EUROFINS NSC US, EUROFINS DPT SAN RAMON, BRENDEN O'NEALE, SARA DIONNE, ROHINI RATNAM, AND DOES 1 TO 100,<br><br>　　　　Defendants. | Case No. 3:22-CV-00176-TLT<br><br>**JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>**FRCP 41(a)(1)(A)(ii)**<br><br>Removal Date:　　January 11, 2022<br>Complaint Filed:　December 6, 2021<br>FAC Filed:　　　　May 10, 2022<br>Trial Date:　　　　December 4, 2023 |

1 | BARBARA I. ANTONUCCI (SBN 209039)
2 | bantonucci@constangy.com
  | NATHAN K. NORIMOTO (SBN 334835)
3 | norimoto@constangy.com
  | **CONSTANGY, BROOKS, SMITH & PROPHETE LLP**
4 | 601 Montgomery Street, Suite 350
  | San Francisco, CA  94111
5 |
6 | THY B. BUI (SBN 256383)
  | tbui@constangy.com
7 | AARON M. RUTSCHMAN (SBN 288273)
  | arutschman@constangy.com
8 | **CONSTANGY, BROOKS, SMITH & PROPHETE LLP**
  | 2029 Century Park East, Suite 1100
9 | Los Angeles, CA  90067

10 | Attorneys for Defendants
11 | EUROFINS DONOR & PRODUCT TESTING, INC.
   | (f/k/a EUROFINS VRL, INC.); and
12 | EUROFINS NSC US, INC.

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Monette Rockymore ("Plaintiff") and Defendants Eurofins Donor & Product Testing, Inc. (F/K/A Eurofins VRL, Inc.); and Eurofins NSC US, Inc. ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby jointly stipulate to the voluntary dismissal of this action in its entirety with prejudice, as the parties have reached a resolution. Each party will bear its or her own attorney fees and costs.

SHEGERIAN & ASSOCIATES

Dated: April 6, 2023   By: /s Bryan Kirsh
                          Bryan Kirsh
                          Attorneys for Plaintiff
                          MONETTE ROCKYMORE

Dated: April 6, 2023   CONSTANGY, BROOKS, SMITH & PROPHETE, LLP

                       By: /s Aaron M. Rutschman[1]
                          Aaron M. Rutschman
                          Attorneys for Defendants
                          EUROFINS DONOR & PRODUCT TESTING,
                          INC. AND EUROFINS NSC US, INC.

---

[1] Pursuant to Local Rule 5-1(h)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's contents and have authorized this filing.